IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA KIRKSEY, JOANNA FERGUSON, SAABIRAH WILLIAMS, JACQUELYN WITHERSPOON, and DEBORAH MONTGOMERY, | : : : : | CIVIL ACTION NO. 18-03673 |
| Plaintiffs, | : | |
| v. | : | |
| OFFICER ALBERT D. ROSS and CITY OF CHESTER, PENNSYLVANIA, | : : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **12th day of April, 2019**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) City of Chester's Motion for Leave to File Reply (ECF No. 39) is **GRANTED;**

2) City of Chester's Motion to Dismiss the Second Amended Complaint (ECF No. 30) is **DENIED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*