IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA KIRKSEY, et al., | : | CIVIL ACTION |
| | : | NO. 18-3673 |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| CITY OF CHESTER, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **8th** day of **November, 2021**, after considering Defendant's Motion for Summary Judgment (ECF No. 64) and Plaintiff's response thereto (ECF No. 85), it is hereby **ORDERED** that the motion is **GRANTED**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**